1  **TIFFANY & BOSCO, P.A.**
   Richard G. Himelrick, State Bar No. 004738
2  Seventh Floor Camelback Esplanade II
   2525 East Camelback Road
3  Phoenix, Arizona 85016
   Telephone: (602) 255-6000
4  Email: rgh@tblaw.com

5  *Liaison Counsel for Plaintiff*

6  **GLANCY PRONGAY & MURRAY LLP**
   Lionel Z. Glancy
7  Robert V. Prongay
   Lesley F. Portnoy
8  Charles H. Linehan
   1925 Century Park East, Suite 2100
9  Los Angeles, California 90067
   Telephone: (310) 201-9150
10 Email: lglancy@glancylaw.com; rprongay@glancylaw.com;
         lportnoy@glancylaw.com; clinehan@glancylaw.com

11 *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shant Maknissian, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Microchip Technology Inc.; Stephen Sanghi; James Eric Bjornholt; and Ganesh Moorthy,<br><br>Defendants. | Case No. 2:18-cv-02924-JJT<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shant Maknissian, hereby voluntarily dismisses this action, without prejudice, against Defendants. As grounds therefore, Plaintiff Shant Maknissian, states that: (1) Defendants have not filed an answer or a

motion for summary judgment; and (2) this dismissal will not bind or prejudice any party or member of the putative class.

Dated: November 13, 2018.

**TIFFANY & BOSCO, P.A.**

By: */s/ Richard G. Himelrick*
    Richard G. Himelrick
    Seventh Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, AZ 85016
    *Liaison Counsel for Plaintiff*

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                           *s/ Shelley Boettge*
                                           Shelley Boettge